# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| ROSE M. LUERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CAUSE NO. 1:07-CV-101 PS |
| v. ) | |
| ) | |
| HEART CENTER MEDICAL ) | |
| GROUP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Rose M. Luera, a *pro se* plaintiff, submitted a petition for leave to proceed *in forma pauperis*. Her petition declares that she is unemployed and that she has no significant assets. It appearing that she is unable to pay the filing fee, the court: (1) **GRANTS** the *in forma pauperis* petition (docket # 2); (2) **DEFERS** the filing fee; (3) **ORDERS** the Plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that she receives in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the U.S. Marshal Service to effect service of process on the Defendants

**SO ORDERED**.

ENTERED: May 10, 2007

s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

Dockets.Justia.com